**STATE of Missouri ex rel., Trooper Gary W. LILE, Respondent,**

**v.**

**Willie Gene HARDY, Appellant.**

**No. WD 39324.**

Missouri Court of Appeals, Western District.

Dec. 8, 1987.

Sean J. O'Hagan, Wolff and Mass, Clayton, for appellant.

Hugh C. Harvey, and Donald G. Stouffer Asst. Pros. Atty., Marshall, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from the trial court's entry of judgment of forfeiture of currency found in a motor vehicle, Chapter 195, RSMo 1986.

Judgment affirmed. Rule 84.16(b).